# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| SHANE MATTHEW BERRY | § | Case No. 07-72977 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    United States Bankruptcy Court
    Northern District of Illinois
    Western Division
    327 S. Church Street, Room 1100
    Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 04/23/18 in Courtroom 3100,

    United States Bankruptcy Court
    327 S Church Street
    Rockford IL 61101

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/07/2018      By: /S/ BERNARD J. NATALE
                         TRUSTEE

*BERNARD J. NATALE, TRUSTEE*
*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| | § | |
| SHANE MATTHEW BERRY | § | Case No. 07-72977 |
| | § | |
| Debtor | § | |

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 33,067.99 |
| and approved disbursements of | $ | 10,582.67 |
| leaving a balance on hand of[1] | $ | 22,485.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BERNARD J. NATALE | $ 4,056.80 | $ 0.00 | $ 4,056.80 |
| Trustee Expenses: BERNARD J. NATALE | $ 30.87 | $ 0.00 | $ 30.87 |
| Attorney for Trustee Fees: BERNARD J. NATALE LTD | $ 650.00 | $ 0.00 | $ 650.00 |
| Attorney for Trustee Expenses: BERNARD J. NATALE LTD | $ 10.99 | $ 0.00 | $ 10.99 |
| Charges: CLERK OF THE BANKRUPTCY COURT | $ 250.00 | $ 0.00 | $ 250.00 |
| Other: ATTY. BERNARD J. NATALE | $ 2,272.50 | $ 2,272.50 | $ 0.00 |
| Other: ATTY. BERNARD J. NATALE | $ 10.50 | $ 10.50 | $ 0.00 |
| Other: LTD INTERNATIONAL SURETIES | $ 51.73 | $ 51.73 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: LTD. BERNARD J. NATALE | $ 6,877.52 | $ 6,877.52 | $ 0.00 |
| Other: LTD. BERNARD J. NATALE | $ 59.00 | $ 59.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $         4,998.66

Remaining Balance                                          $        17,486.66


Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 120,015.17 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 14.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK | $ 3,164.52 | $ 0.00 | $ 461.08 |
| 2 | CAPITAL ONE BANK | $ 2,475.13 | $ 0.00 | $ 360.64 |
| 3 | CAPITAL ONE BANK | $ 115.46 | $ 0.00 | $ 16.82 |
| 4 | Yellow Book USA | $ 2,910.00 | $ 0.00 | $ 424.00 |
| 5 | AmeriCredit | $ 7,943.00 | $ 0.00 | $ 1,157.32 |
| 6 | Fleet One | $ 1,460.82 | $ 0.00 | $ 212.85 |
| 7 | CHASE BANK USA | $ 9,714.44 | $ 0.00 | $ 1,415.43 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Capital Recovery One | $ 7,356.95 | $ 0.00 | $ 1,071.94 |
| 9 | American Express Bank FSB | $ 21,685.26 | $ 0.00 | $ 3,159.62 |
| 10 | Stock Building Supply | $ 43,420.56 | $ 0.00 | $ 6,326.54 |
| 11 | Resurgent Capital Services | $ 12,150.01 | $ 0.00 | $ 1,770.30 |
| 12 | ROCKFORD MERCANTILE | $ 2,881.60 | $ 0.00 | $ 419.86 |
| 13 | eCAST Settlement Corporation | $ 4,737.42 | $ 0.00 | $ 690.26 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 17,486.66 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /S/ BERNARD J. NATALE
TRUSTEE

*BERNARD J. NATALE, TRUSTEE*

*1639 N ALPINE RD SUITE 401*
*EDGEBROOK OFFICE CENTER*
*ROCKFORD, IL 61107*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**CASE NO: 07-72977**
**CASE NAME: SHANE MATTHEW BERRY**

### PROOF OF SERVICE

STATE OF ILLINOIS          )
                           ) SS
COUNTY OF WINNEBAGO        )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **Notice of Trustee's Final Report and Applictaions for Compensation** sending a true and correct copy of said via U S Mail, E-mail, or ECF, as per attached:

      SEE ATTACHED MATRIX (ALL ECF NOTICE WILL BE MADE TO ALL PARTIES LISTED WITH THE U S CLERK'S OFFICE FOR ECF NOTICE.)

      That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, on the 30th day of March, 2018.

                                      /s/ Mary Jane D'Angelo

SUBSCRIBED and SWORN to before me
30th day of March, 2018.
/s/   Denise M Bennett
Notary Public

My commission expires July 15, 2018

| | | |
|---|---|---|
| Capital One Bank<br>% TSYS Debt Management<br>P O Box 5155<br>Norcross GA 30091 | Yellow Book USA<br>% RMS Bankruptcy Recovery Services<br>P O Box 5126<br>Timonium MA  21094 | AmeriCredit Financial Services Inc<br>P O Box 183853<br>Arlington TX 76096 |
| Fleet One<br>P O Box 41500<br>Nashville TN 37241-5000 | Chase Bank USA NA<br>P O Box 15145<br>Wilmington DE 19850-5145 | Midland Credit Management Inc<br>Agent for Midland Funding LLC<br>P O Box 2011<br>Warren MI 48090 |
| American Express Bank FSB<br>% Becket & Lee LLP<br>P O Box 3001<br>Malvern PA 19355-0701 | Stock Building Supply<br>1331 David Rd<br>Elgin IL 60123 | LVNV Funding LLC<br>Resurgent Capital Services<br>P O Box 10587<br>Greenville SC 29603-7336 |
| Rockford Mercantile Agency Inc<br>2502 S Alpine Rd<br>Rockford IL 61108 | eCast Settlement Corporation<br>P O Box 35480<br>Newark NJ 07193-5480 | Shane M. Berry<br>12017 Charter Oak Parkway<br>St Louis MO 63146 |
| Attorney Brian Larkin<br>One Court Place Ste 301<br>Rockford IL 61101 | U S Trustee<br>708 Regent St Ste 304<br>Madison WI 53715 | |